**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK  **DATE:** 6/29/22
**JUDGE:** JOHN MICHAEL VAZQUEZ
**COURT REPORTER:** Lisa A. Larsen

**TITLE OF CASE:**

**DOCKET#** 18-703

UNITED STATES OF AMERICA
              vs.
Ali Hill

**APPEARANCES:**

Robert Frazer, AUSA
Naazeen Khan, AUSA
Gary Mizzone, Esq. for Defendant
Michele Adubato, Esq. for Defendant
Defendant present


**Nature of Proceedings**:     PLEA RETRACTING HEARING

Ordered defendant sworn; defendant sworn.
PLEA:  Defendant retracted his plea of Not Guilty to Count Two of the Superseding Indictment and entered a plea of GUILTY to Count Two of the superseding Indictment.
Terms of plea agreement read into the record.
Plea agreement and Rule 11 documents to be filed.
Ordered Sentencing set for 11/3/22 at 2:00 p.m.
Ordered defendant to remain in the custody of the U.S. Marshal.

**Time Commenced: 10:30**
**Time Adjourned: 11:30**
**Total Time: 1:00**


                                        RoseMarie Olivieri
                                        SENIOR COURTROOM DEPUTY